UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Matthew Brian Goodale**　　　　　　　　　　　　　　　　**Docket No. 7:12-CR-73-1D**

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Matthew Brian Goodale, who, upon an earlier plea of guilty to Robbery of a Business Engaged in Interstate Commerce, and Aiding and Abetting, in violation of 18 U.S.C. §§ 1951 and 2, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on January 28, 2013, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Matthew Brian Goodale was released from custody on February 12, 2015, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant contacted this officer and reported an incident in which he had become intoxicated and an altercation occurred between him and his male roommate. There were no injuries reported or criminal charges filed; however, the defendant did relocate to a different residence. The defendant has a history of alcohol abuse, and recent conversations with him confirm he is again experiencing difficulties. Consequently, Mr. Goodale was encouraged to return to outpatient treatment which he had previously completed in June 2015. The defendant has resumed treatment and has agreed to abstain from alcohol. In light of these circumstances, the probation officer respectfully recommends that the conditions of supervision be modified to include alcohol abstinence.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

Except as herein modified, the judgment shall remain in full force and effect.

Matthew Brian Goodale
Docket No. 7:12-CR-73-1D
Petition For Action
Page 2

Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Kristyn Super
Kristyn Super
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: September 30, 2015

### ORDER OF THE COURT

Considered and ordered this 6 day of October, 2015 and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge